# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JUAN CARLOS FARINAS, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV418-243 |
| THOMAS KANE, SARAH SALDANA, | ) | |
| Defendant. | ) | |

# ORDER

Juan Carlos Farinas, currently incarcerated at McRae Correctional Facility in McRae-Helena, Georgia, has filed a 42 U.S.C. § 1983 "*Bivens* civil rights action" challenging the detainer lodged against him by Immigration and Customs Emnforcement, which has prevented him from securing halfway house placement.[1] Doc. 1 (seeking both monetary damages and injunctive relief). The Clerk mistakenly assigned this case to the Savannah Division of this Court. Since Farinas is in custody in Telfair County, this case should have been filed in the Dublin Division. *See* 28 U.S.C. § 90(c)(2). Accordingly, this action is reassigned to the

---

[1] In *Bivens*, the Supreme Court held that a violation of the Fourth Amendment's prohibition against unreasonable search and seizure by a federal agent acting under color of his authority gives rise to a cause of action for damages caused by his unconstitutional conduct. *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971).

Dublin Division.

**SO ORDERED,** this __10th__ day of January, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA